IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 6:24-MJ-0023-BU |
| CHRISTOPHER LYNN DRISKILL | |

## MOTION TO CORRECT CRIMINAL COMPLAINT

The United States of America (the "government") in the above-named cause files this motion to correct the record.  Document Number 1 on the record (ECF No. 1), the Criminal Complaint, contains information that potentially identifies the minor victim in the case.  The document also identifies the defendant's street address in Coleman, Texas, where defendant's parents currently reside.  The document also identifies the defendant's full birthday.  The government requests the Court replace Document Number 1 on the record with the redacted version, attached.  The government will provide the original unredacted version to defendant's counsel when one is so appointed or retained.

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____
Matthew L. Tusing
Assistant United States Attorney
Indiana Bar No. 29526-49
500 Chestnut Street, Suite 601
Abilene, Texas 79602
Telephone: 325-271-6702
matt.tusing@usdoj.gov

Attachment
Complaint – Christopher Driskill – Redacted, dated November 26, 2024, 16 pages.