Jana Hawkins
729 Canterbury Hill Street
San Antonio, Texas 78209
281-620-6219
jananeedham0522@gmail.com
jhawkins@ahisd.net

March 22, 2025

Dear Judge,

My name is Jana Hawkins, and I am writing on behalf of my nephew, Christopher Driskill. Although I am his aunt by relation, I have always seen Chris more as a younger brother. I was just eight years old when he was born, and I've had the privilege of being a close and consistent presence throughout his life. I appreciate the opportunity to share my perspective on who Chris was before his incarceration and to shed light on the kind of man he has always been to those who know him well.

Over the years, I have witnessed Chris's many life transitions – from graduating high school and moving on to college to becoming a hardworking provider and devoted father. When he decided to attend Blinn College in College Station, he chose to live in the same town as my husband and me. This allowed us to remain close and for me to continue offering support and encouragement during his early adulthood.

As he matured, Chris moved to Houston, where I saw him grow into a responsible family man. He embraced the responsibilities of marriage and fatherhood with dedication. He worked tirelessly to support his family, allowing his wife to stay home and raise their two daughters, Ashley and Harlee. His work ethic and ambition were evident in his career. He started as a parts delivery driver and quickly worked his way up to the role of parts manager at several respected dealerships across Hempstead, Houston, and Brenham.

Chris's sense of duty extended beyond his family and career. He joined the Texas Guard, where he served as a first responder and contributed to civil defense efforts during Texas emergencies. I deeply admired his desire to serve others and make a meaningful impact in times of need.

After his divorce in 2013, Chris shared custody of his daughters. When his eldest, Ashley, turned sixteen, she chose to live with him full-time, a decision that speaks volumes about their bond and the kind of father he was. Through every stage of life, the Chris I knew was dependable, family-oriented, and grounded in a sense of responsibility and care for those around him.

The man arrested in November 2024 is not the Chris I knew and loved throughout his life. However, I can tell you with great sincerity that I have seen a genuine change in him over the past few months during our regular conversations while he has been at Eden Detention Center. The transformation in his mindset, humility, and outlook has been encouraging. I believe he has reconnected with the values that once guided his life, and I thank God daily for the restoration I see taking place in him.

Your Honor, I respectfully ask that you consider the full picture of who Chris has been throughout his life – a devoted father, a hardworking provider, a public servant, and a kind-hearted family man. I genuinely believe this chapter does not define the entirety of his character and that he can return to being a positive and contributing member of society.

If you have any questions or need further information, please contact me.

Thank you for your time and consideration.

Sincerely,

*Jana Hawkins*